IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| KRISTEN WINDHAM, § | |
|       Plaintiff, § | |
| § | |
| vs. § | |
| § | NO: 7:25-cv-00320 |
| MARTIN COUNTY, TEXAS, § | |
|       Defendant. § | |

### DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Martin County, Texas, Defendant, in the above-styled and numbered cause, and files this their Answer to Plaintiff's Complaint, and would respectfully show the Court as follows:

1. Defendant denies the allegations in paragraph 1 of Plaintiff's Complaint.

2. Defendants admit the allegations in paragraph 2 of Plaintiff's Complaint.

3. Defendants admit the allegations in paragraph 3 of Plaintiff's Complaint.

4. Defendants admit the allegations in paragraph 4 of Plaintiff's Complaint.

5. Defendants admit the allegations in paragraph 5 of Plaintiff's Complaint.

6. Defendants denies the allegations in paragraph 6 of Plaintiff's Complaint.

7. Defendants admit the allegations in paragraph 7 of Plaintiff's Complaint.

8. Defendants denies the allegations in paragraph 8 of Plaintiff's Complaint.

9. Defendants denies the allegations in paragraph 9 of Plaintiff's Complaint.

10. Defendants denies the allegations in paragraph 10 of Plaintiff's Complaint.

11. Defendants admit the allegations in paragraph 11 of Plaintiff's Complaint.

12. Defendants denies the allegations in paragraph 12 of Plaintiff's Complaint.

13. Defendant denies the allegations in paragraph 13 of Plaintiff's Complaint.

14. Defendant denies the allegations in paragraph 14 of Plaintiff's Complaint.

15. Defendant denies the allegations in paragraph 15 of Plaintiff's Complaint.

16. Defendant denies the allegations in paragraph 16 of Plaintiff's Complaint.

17. Defendant denies the allegations in paragraph 17 of Plaintiff's Complaint.

18. Defendant denies the allegations in paragraph 18 of Plaintiff's Complaint.

19. Defendant denies the allegations in paragraph 19 of Plaintiff's Complaint.

20. Defendant denies the allegations in paragraph 20 of Plaintiff's Complaint.

21. Defendant denies the allegations in paragraph 21 of Plaintiff's Complaint.

22. Defendant denies the allegations in paragraph 22 of Plaintiff's Complaint.

23. Defendant denies the allegations in paragraph 23 of Plaintiff's Complaint.

24. Defendant admit the allegations in paragraph 24 of Plaintiff's Complaint.

25. Defendant denies the allegations in paragraph 25 of Plaintiff's Complaint.

26. Defendant denies the allegations in paragraph 26 of Plaintiff's Complaint.

27. Defendant denies the allegations in paragraph 27of Plaintiff's Complaint.

28. Defendant admit the allegations in paragraph 28 of Plaintiff's Complaint.

29. Defendant admit the allegations in paragraph 29 of Plaintiff's Complaint.

30. Defendant denies the allegations in paragraph 30 of Plaintiff's Complaint.

31. Defendant admit the allegations in paragraph 31 of Plaintiff's Complaint.

32. Defendant denies the allegations in paragraph 32 of Plaintiff's Complaint.

33. Defendant admit the allegations in paragraph 33 of Plaintiff's Complaint.

34. Defendant denies the allegations in paragraph 34 of Plaintiff's Complaint.

35. Defendant denies the allegations in paragraph 35 of Plaintiff's Complaint.

36. Defendant denies the allegations in paragraph 36 of Plaintiff's Complaint.

37. Defendant denies the allegations in paragraph 37 of Plaintiff's Complaint.

38. Defendant denies the allegations in paragraph 38 of Plaintiff's Complaint.

39. Defendant denies the allegations in paragraph 39 of Plaintiff's Complaint.

40. Defendant denies the allegations in paragraph 40 of Plaintiff's Complaint.

41. Defendant denies the allegations in paragraph 41 of Plaintiff's Complaint.

42. Defendant denies the allegations in paragraph 42 of Plaintiff's Complaint.

43. Defendant denies the allegations in paragraph 43 of Plaintiff's Complaint.

44. Defendant admit the allegations in paragraph 44 of Plaintiff's Complaint.

45. Defendant admit the allegations in paragraph 45 of Plaintiff's Complaint.

46. Defendant denies the allegations in paragraph 46 of Plaintiff's Complaint.

47. Defendant denies the allegations in paragraph 47 of Plaintiff's Complaint.

48. Defendant denies the allegations in paragraph 48 of Plaintiff's Complaint.

49. Defendant denies the allegations in paragraph 49 of Plaintiff's Complaint.

50. Defendant denies the allegations in paragraph 50 of Plaintiff's Complaint.

51. Defendant denies the allegations in paragraph 51 of Plaintiff's Complaint.

52. Defendant admit the allegations in paragraph 52 of Plaintiff's Complaint.

53. Defendant denies the allegations in paragraph 53 of Plaintiff's Complaint.

54. Defendant denies the allegations in paragraph 54 of Plaintiff's Complaint.

55. Defendant denies the allegations in paragraph 55 of Plaintiff's Complaint.

56. Defendant admit the allegations in paragraph 56 of Plaintiff's Complaint.

57. Defendant denies the allegations in paragraph 57of Plaintiff's Complaint.

58. Defendant denies the allegations in paragraph 58 of Plaintiff's Complaint.

59. Defendant denies the allegations in paragraph 59 of Plaintiff's Complaint.

60. Defendant denies the allegations in paragraph 60 of Plaintiff's Complaint.

61. Defendant denies the allegations in paragraph 61 of Plaintiff's Complaint.

Prayer.     Defendant denies the allegations in Prayer paragraph of Plaintiff's Complaint.

## **AFFIRMATIVE DEFENSES**

62. Defendant assert the defense of immunity, both absolute and qualified, for all allegations alleged in Plaintiff's Complaint.

63. Defendant affirmatively plead that Plaintiff's damages, if any, were caused as a result of her own action or inactions.

64. Defendant affirmatively plead that they are employees of a governmental entity and as the entity's employees, are protected by official immunity, as all actions or inactions were performed as discretionary duties in good faith and within the scope of their authority at the time Plaintiff's claims arose.

65. Defendant affirmatively plead that there is no official policy or custom of Martin County adopted by Martin County that resulted in any damages to the Plaintiff.

66. Defendant affirmatively pleads that Plaintiff failed to exhaust her administrative remedies of Martin County.

67. Plaintiff has failed to mitigate her damages, if any.

68. Any actions taken with respect to Plaintiff's employment were made in good faith for legitimate business reasons.

69. Martin County exercised reasonable care to prevent and correct promptly any harassing and/or discriminatory behavior, and Plaintiff unreasonably failed to take advantage of any preventative or corrective opportunities provided by Martin County.

70. Defendant seek recover of attorneys' fees and costs as provided by law.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing against Defendant and that Defendant be dismissed and recover all costs incurred, including attorney's fees and such other, further relieved to which it may show itself justly entitled.

Respectfully submitted,

<u>  /s/ Denis Dennis                              </u>
DENIS DENNIS
State Bar No. 05655566
ddennis@kmdfirm.com

OF

KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas  79760-1311
(432) 367-7271
FAX:  (432) 363-9121
ATTORNEYS FOR Defendant

## CERTIFICATE OF SERVICE

I certify that on the 8th day of August, 2025, a true and correct copy of the above and foregoing was sent to the Plaintiffs' counsel via efiling.

<u>   /s/ Denis Dennis                              </u>
DENIS DENNIS