UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| KRISTEN WINDHAM,<br>*Plaintiff,*<br><br>v.<br><br>MARTIN COUNTY, TEXAS,<br>*Defendant.* | §<br>§<br>§<br>§   Case No. MO:25-CV-00320-DC<br>§<br>§<br>§ |

### ADVISORY TO THE CLERK OF COURT

The undersigned party in the above-captioned case elects as follows (please select only one of the following options):

☒ I CONSENT to proceed before a United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636. The undersigned party in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☐ I DO NOT CONSENT to proceed before a United States Magistrate Judge. The undersigned party in the above-captioned case elects not to have this case decided by a United States Magistrate Judge and prefer that this case proceed before the District Judge.

| *Party or Party Represented* | *Signature of Party or Party's Attorney* | *Date* |
|---|---|---|
| Martin County | [signature] | 8-12-25 |