UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **KRISTEN WINDHAM,** § | |
| *Plaintiff,* § | |
| § | |
| **v.** § | Case No.  MO:25-CV-00320-DC |
| § | |
| **MARTIN COUNTY, TEXAS,** § | |
| *Defendant.* § | |

## SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by 1**1/06/2025**, and each opposing party shall respond, in writing, by **11/20/2025**

2. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **12/06/2025**.

3. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **11/06/2025**.  Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **12/24/2025**.  All designations of rebuttal experts shall be designated within 14 days of receipt of the report of the opposing expert.

4. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **45** days of receipt of the written report of the expert's proposed testimony, or within **60** days of the expert's deposition, if a deposition is taken, whichever is later.

5. The parties shall complete all discovery on or before **04/06/2026**.  Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except

in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

6. All dispositive motions shall be filed no later than **05/04/2026**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e).

7. The Court will set the case for the final pretrial conference and jury trial.

8. All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on _____, and the parties have (*agreed/disagreed*) as to its contents. The following positions and reasons are given by the parties for the disagreement as to the contents of the proposed scheduling order _____. Plaintiff offers the following explanation of why all parties have not been served _____.

Signed this _____ day of September, 2025.

_____
Judge Presiding

/s/ Denis Dennis
DENIS DENNIS
State Bar No. 05655566

ddennis@kmdfirm.com
KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas  79760-1311
(432) 367-7271
FAX:  (432) 363-9121
ATTORNEYS FOR Defendant


/s/ Holly B. Williams
Holly B. Williams
Texas Bar No. 00788674

WILLIAMS LAW FIRM, P. C.
1209 W. Texas Ave
Midland, TX 79701-6173
432-682-7800
432-682-1112 (fax)
holly@williamslawpc.com
ATTORNEY FOR PLAINTIFF
KRISTEN WINDHAM